United States District Court
For the Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

        Plaintiff,

  v.

$160,302.98 IN FUNDS SEIZED
FROM WELLS FARGO BANK
ACCOUNT NO. XXXXXX819,

        Defendant.

                          /

No. C 11-01024 WHA

**CASE MANAGEMENT ORDER**

      After a case management conference, the Court enters the following order pursuant to Rule 16 of the Federal Rules of Civil Procedure ("FRCP") and Civil Local Rule 16-10:

      This matter is **STAYED** until **DECEMBER 8, 2011, AT 11:00 A.M.**, when the parties return for a further case management conference.  Please file a joint case management statement no later than seven days prior.

      **IT IS SO ORDERED.**

Dated:  September 16, 2011.

_____
WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE