**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | No. C 11-01024 WHA |
| v. | |
| $160,302.98 IN FUNDS SEIZED FROM WELLS FARGO BANK ACCOUNT NO. XXXXXX819, | **CASE MANAGEMENT ORDER** |
| Defendant. | |

After a case management conference, the Court enters the following order pursuant to Rule 16 of the Federal Rules of Civil Procedure ("FRCP") and Civil Local Rule 16-10:

This matter is **STAYED** until **DECEMBER 8, 2011, AT 11:00 A.M.**, when the parties return for a further case management conference. Please file a joint case management statement no later than seven days prior.

**IT IS SO ORDERED.**

Dated: September 16, 2011.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE