IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>$160,302.98 IN FUNDS SEIZED FROM WELLS FARGO BANK ACCOUNT NO. XXXXXX0819,<br><br>    Defendant.<br>                              / | No. C 11-01024 WHA<br><br>**ORDER DENYING STIPULATION TO ADMINISTRATIVELY CLOSE FORFEITURE PROCEEDING** |

For the reasons stated at the case management conference today, the Court **DENIES** the stipulation to administratively close the file and will look forward to the closure of this case in the ordinary course in two months, as represented by counsel.

A further case management conference is **SET** for **JUNE 14, 2012, AT 11:00 A.M.** should this case still remain open at that time.

**IT IS SO ORDERED.**

Dated: March 29, 2012.

                                                 WILLIAM ALSUP
                                                 UNITED STATES DISTRICT JUDGE